FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2017 JAN 18 PM 3: 21
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JONATHAN MAHONE,<br><br>    Plaintiff,<br><br>v.<br><br>LT MEEKS, CPL BAILEY, SGT MOYE, CPL MILES, CPL WHITE, WALTERS, and LT AGEE,<br><br>    Defendants. | CASE NO. CV416-245 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 17th day of January 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA